AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Aug 28, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| ARNULFO FAUSTINO-ANAYA, <br> *Petitioner,* <br> v. <br><br> STATE OF WASHINGTON, <br> *Respondent.* | ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No.   4:23-CV-5117-TOR

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:  The Petition for Writ of Habeas Corpus (ECF No. 1) is DISMISSED without prejudice. The Court further certifies that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   THOMAS O. RICE

after review of Petitioner's Writ of Habeas Corpus (ECF No. 1).

Date:  August 28, 2023

CLERK OF COURT

SEAN F. McAVOY

*s/ B. Fortenberry*

*(By) Deputy Clerk*

B. Fortenberry